UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Idler Co. Inc. )<br>)<br>vs. )<br>)<br>)<br>Splinternet Holdings, Inc., et al. )<br>)<br>) | Case No. 3:22-mc-01801<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br>James P. Hill - Attorney for Frank O'Conner<br>Date Served:<br>12/09/22 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: Clerk's Certification of a Judgment to be Registered in Another District; Judgment in the following manner: (check one)

1) _____ By personally delivering copies to the person served.

2) _____ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3) _____ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) **✗** By placing a copy in a separate envelope, via Overnight Delivery, to the address named below and depositing in a box or other facility regularly maintained by Federal Express in Irvine, California on, December 9, 2022.

James P. Hill
SULLIVAN HILL
600 B Street, 17th Floor
San Diego, CA 92101

Executed on \_\_\_\_December 12\_\_\_\_, 20 22\_\_\_\_ at Irvine, California

*Christine James*
Christine James

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)