UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDLER CO. INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>SPLINTERNET HOLDINGS, INC.; VIDIATION, INC.; VIDIATION, LLC; FRANK O'CONNOR; and JAMES C. ACKERLY,<br><br>                              Defendants. | Case No.: 22-mc-01801-DMS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE REGISTRATION OF JUDGMENT** |

On December 8, 2022, Cross-Complainant James Ackerly registered a judgment from the Eastern District of Virginia ("the Virginia Judgment") in this Court. (ECF No. 1.) Pending before the Court now is Cross-Defendant Frank O'Connor's motion to vacate registration of the judgment. (ECF No. 3.) The matter was referred to then-United States Magistrate Judge Andrew Schopler, who issued a report and recommendation and recommended that the Cross-Defendant's motion be denied in full. (Minute Entry, ECF No. 12.) The Parties were given fourteen days to file an objection. (*Id.*) Cross-Defendant filed an objection on March 17, 2023. (ECF No. 14.) The Court has reviewed the full record, including the Parties' filings, the transcript of the hearing held before the Magistrate Judge on Friday March 3, 2023 (ECF No. 15), and the filed objection.

/ / /

The Court finds the report and recommendation to be correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the Court **ORDERS** as follows:

1. Cross-Defendant's motion to vacate registration of the Virginia Judgment is **DENIED**, as required by binding Ninth Circuit precedent. *See Fidelity Nat'l Fin., Inc. v. Friedman*, 803 F.3d 999, 1002 (9th Cir. 2015) ("Section 1963 does not limit registration to original judgments.").

2. The applicable interest rate on the judgment is **ten percent (10%) simple interest per year, effective August 3, 2011**, as specified in the original judgment from the District of Connecticut, which was incorporated into the Virginia Judgment.

**IT IS SO ORDERED.**

Dated:  July 7, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court